# EXHIBIT 1

**EXHIBIT B**

**TELADOC, INC.**

**STOCK OPTION EXERCISE NOTICE**

Teladoc, Inc.
One Sound Shore Drive, Suite 300
Greenwich, CT 06830

Attention: Compensation Committee

1. <u>Exercise of Option</u>. Effective as of today, June 25 2015 the undersigned ("Optionee") hereby elects to exercise Optionee's option to purchase 2366 shares of the Common Stock (the "Shares") of Teladoc, Inc. (the "Company") under and pursuant to the Company's Second Amended and Restated Stock Incentive Plan (as amended to date, the "Plan") and the Stock Option Agreement dated June 25 2015 (the "Option Agreement").

2. <u>Delivery of Payment</u>. Purchaser herewith delivers to the Company the full purchase price of the Shares, as set forth in the Option Agreement.

3. <u>Representations of Optionee</u>. Optionee acknowledges that Optionee has received, read and understood the Plan and the Option Agreement and agrees to abide by and be bound by their terms and conditions.

4. <u>Rights as Stockholder</u>. Until the issuance of the Shares (as evidenced by the appropriate entry on the books of the Company or of a duly authorized transfer agent of the Company), no right to vote or receive dividends or any other rights as a stockholder shall exist with respect to the Shares, notwithstanding the exercise of the Option. The Shares shall be issued to the Optionee as soon as practicable after the Option is exercised. No adjustment shall be made for a dividend or other right for which the record date is prior to the date of issuance except as provided in Section 4.3 of the Plan.

5. <u>Tax Consultation</u>. Optionee understands that Optionee may suffer adverse tax consequences as a result of Optionee's purchase or disposition of the Shares. Optionee represents that Optionee has consulted with any tax consultants Optionee deems advisable in connection with the purchase or disposition of the Shares and

9880877v.2

-8-

that Optionee is not relying on the Company for any tax advice.

6. **Optionee's Representations.** Optionee represents to the Company that Optionee is acquiring these shares for Optionee's own account and not with a view to resale or distribution. Optionee understands that the Shares are "restricted securities" within the meaning of the Securities Act of 1933, as amended (the "Securities Act"), and may not be transferred or resold except pursuant to registration under the Securities Act or an exemption therefrom.

7. **Restrictive Legends and Stop-Transfer Orders.**

   (a) **Legends.** Optionee understands and agrees that the Company shall cause the legends set forth below or legends substantially equivalent thereto, to be placed upon any certificate(s) evidencing ownership of the Shares together with any other legends that may be required by the Company or by state or federal securities laws:

THE SECURITIES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933 (THE "ACT") AND MAY NOT BE OFFERED, SOLD OR OTHERWISE TRANSFERRED, PLEDGED OR HYPOTHECATED UNLESS AND UNTIL REGISTERED UNDER THE ACT OR, IN THE OPINION OF COMPANY COUNSEL SATISFACTORY TO THE ISSUER OF THESE SECURITIES, SUCH OFFER, SALE OR TRANSFER, PLEDGE OR HYPOTHECATION IS IN COMPLIANCE THEREWITH.

THE SHARES REPRESENTED BY THIS CERTIFICATE ARE SUBJECT TO CERTAIN RESTRICTIONS ON TRANSFER AND A REPURCHASE OPTION HELD BY THE ISSUER OR ITS ASSIGNEE(S) AS SET FORTH IN THE STOCK OPTION AGREEMENT BETWEEN THE ISSUER AND THE ORIGINAL HOLDER OF THESE SHARES, A COPY OF WHICH MAY BE OBTAINED AT THE PRINCIPAL OFFICE OF THE ISSUER. SUCH TRANSFER RESTRICTIONS AND REPURCHASE OPTIONS ARE BINDING ON TRANSFEREES OF THESE SHARES.

8. **Stop-Transfer Notices.** Optionee agrees that, in order to ensure compliance with the restrictions referred to herein, the Company may issue appropriate "stop transfer" instructions to its transfer agent, if any, and that, if the Company transfers its own securities, it may make appropriate notations to the same effect in its own records.

9. **Refusal to Transfer.** The Company shall not be required (i) to transfer on its books any Shares that have been sold or otherwise transferred in violation of any of the provisions of this Notice, the Option Agreement, the Plan or applicable law, or (ii) to treat as owner of such Shares or to accord the right to vote or pay dividends to any purchaser or other transferee to whom such Shares shall have been so transferred.

10. **Successors and Assigns.** The Company may assign any of its rights under this Notice to single or multiple assignees, and this Notice shall inure to the benefit of the successors and assigns of the Company. Subject to the restrictions on transfer herein set forth, this Notice shall be binding upon Optionee and his or her heirs, executors, administrators, successors and assigns.

11. **Interpretation.** Any dispute regarding the interpretation of this Agreement shall be submitted by Optionee or by the Company forthwith to the Committee of the Company's Board of Directors, which shall review such dispute at its next regular meeting. The resolution of such a dispute by the Committee shall be final and binding on all parties.

12. **Governing Law; Severability.** This Agreement shall be governed by the internal substantive laws but not the choice of law rules, of Delaware.

13. **Entire Agreement.** The Plan and Option Agreement are incorporated herein by reference. This Notice, the Plan, the Option Agreement and the IRA (as defined in the Option Agreement) constitute the entire agreement of the parties with respect to the subject matter hereof and supersede in their entirety all prior undertakings and agreements of the Company and Optionee with respect to the subject matter hereof, and may not be modified adversely to the Optionee's interest except by means of a writing signed by the Company and Optionee.

Submitted by:                          Accepted by:

OPTIONEE                               TELADOC, INC.
_[signature]_                          By: _[signature]_
Signature
_Lynn Ubomzake_ (Print Name)           Title: _VP / CEO_

Address:
_96 Mansac Rd_                         Date Received: _6/26/15_
_Hamden CT 06514_

9880877v.2

-10-