UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X

LYNN LANNUNZIATA,

                Plaintiff(s),

  -against-

AMERICAN STOCK TRANSFER &
TRUST COMPANY, ET ANO.,

                Defendant(s).
-----------------------------------------------------------X

Case No. 3:20-CV-01865-CSH

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         s.s :
COUNTY OF NEW YORK)

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 6th day of January, 2021, at approximately 11:05 a.m., deponent served a true copy of the **Summons; Complaint; Electronic Filing Order in Civil Cases; and Order on Pretrial Deadlines** upon American Stock Transfer & Trust Company at 62-01 15th Avenue, Brooklyn, New York 11219 by personally delivering and leaving the same with J. Lopez, Mailroom, who stated that he is authorized to accept service.

      J. Lopez is a Caucasian Hispanic male, approximately 40-50 years of age, is approximately 5 feet, 6-7 inches tall, weighs approximately 170 pounds, is bald with dark eyes.

Sworn to before me this
8th day of January, 2021

_____
**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2023**

                                  MICHAEL KEATING #848345