UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x

LYNN LANNUNZIATA,

      Plaintiff,

  -against-

AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC AND TELADOC HEALTH, INC.,

      Defendants.

------------------------------------------------------------ x

Case No. 3:20-CV-01865-CSH

February 18, 2021

**DECLARATION OF
M. ASHER F. RICHELLI**

M. ASHER F. RICHELLI hereby declares as follows:

1. I am Executive Vice President and General Counsel of Defendant American Stock Transfer & Trust Company, LLC ("AST"), and respectfully submit this declaration in accordance with the Court's January 27, 2021, Order re: Subject Matter Jurisdiction (Dkt. No. 10), directing AST to declare its citizenship for the purpose of determining subject matter jurisdiction.

2. In my capacity as General Counsel of AST, I am personally and fully familiar with AST's ownership structure.

3. As of December 15, 2020, AST was (and remains) a New York limited liability trust company with a sole member, Armor Holding II LLC, a New York limited liability company. As of December 15, 2020, Armor Holding II LLC's sole member was (and remains) Armor Intermediate Company LLC, a Delaware limited liability company with its principal place of business in New York. As of December 15, 2020, Armor Intermediate Company

LLC's sole member was (and remains) Armor Holdco, Inc., a Delaware corporation with its principal place of business in New York.

4. As of December 15, 2020, Armor Holding II LLC, sole member of AST, Armor Intermediate Company LLC, sole member of Armor Holding II LLC, and Armor Holdco, Inc., a sole member of Armor Intermediate Company LLC, were (and remain) citizens of Delaware and New York.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: Brooklyn, New York
February 18, 2021

M. ASHER F. RICHELLI

## **CERTIFICATION**

      This is to certify that on February 19, 2021, a copy of the foregoing was filed electronically and served by mail or personal service on anyone unable to accept electronic filing, including:

> Teladoc Health, Inc.
> c/o CSC
> 100 Pearl Street, 16th Floor, MC-CSC1
> Hartford, CT 06103

      Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail or personal service to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

> Teladoc Health, Inc.
> c/o CSC
> 100 Pearl Street, 16th Floor, MC-CSC1
> Hartford, CT 06103

      Parties may access this filing through the court's CM/ECF System.

      /s/ Christopher A. Stratton_____
      Christopher A. Stratton (ct30528)